**Continuing Abatement Order filed May 18, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-11-00372-CV**

———————

**MATTHEW VERE, Appellant**

**V.**

**AFFORDABLE POWER, L.L.P., Appellee**

---

**On Appeal from County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 956968**

---

## CONTINUING ABATEMENT ORDER

On December 14, 2011, the parties notified this court that the parties had reached an agreement to settle the issues on appeal. On January 5, 2012, we abated this appeal. As of the date of this order, the parties have not filed a motion to dismiss the appeal or other dispositive motion.

The appeal will be reinstated on this court's active docket in ten (10) days from the date of this order. Appellant's brief will be due forty (40) days from the date of this order.

PER CURIAM